No. 81–5621. JOHNSON v. AETNA CASUALTY & SURETY COMPANY OF HARTFORD, CONNECTICUT, ET AL., 454 U. S. 1118. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

MARCH 23, 1982

No. 81–1724. UPHAM ET AL. v. SEAMON ET AL. D. C. E. D. Tex. Motion of appellants to expedite is granted insofar as the appellees are directed to file motions to dismiss or affirm on or before Monday, March 29, 1982.